**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                     Case No. 06-cr-21-01-PB

<u>Lesly J. Sanders</u>

**<u>O R D E R</u>**

The defendant has moved to continue the April 4, 2006 trial in the above case. Defendant cites the need for additional time to engage in plea negotiations or prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to finalize plea negotiations or properly prepare for trial, the court will continue the trial from April 4, 2006 to July 6, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The March 21, 2006 final pretrial conference is continued until June 21, 2006 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

March 21, 2006

cc: Jeffrey Levin, Esq.
Helen Fitzgibbon, AUSA
United States Probation
United States Marshal